# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Terrnace Lamont White**
        Debtor(s)

**BK NO. 23-00166HWE**

**Chapter**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE MONEY SOURCE INC and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
16 Feb 2023, 17:21:01, EST

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322