Certificate Number: 17572-PAM-DE-037241274

Bankruptcy Case Number: 23-00166


17572-PAM-DE-037241274

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2023, at 5:29 o'clock PM PST, Terrance Lamont White completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 7, 2023

By: /s/Dorianne Santiago

Name: Dorianne Santiago

Title: Counselor