In re:                                                                                          Case No. 23-00166-HWV

Terrance Lamont White                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 09, 2023 | Form ID: ntcnfhrg | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Terrance Lamont White, 307 Hollyhock Drive, Manchester, PA 17345-9116 |
| cr | + | CARRINGTON MORTGAGE SERVICES LLC, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| cr | | ONYX Bay Trust, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5518216 | + | Cby Systems Inc, 33 S Duke St, York, PA 17401-1401 |
| 5518239 | | Penn Credit Corporation, 2800 Commerce Drive, Manchester, PA 17345 |
| 5518260 | + | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5525850 | | Email/PDF: bncnotices@becket-lee.com | | American Express National Bank, c/o Becket and |
| | | | Mar 09 2023 18:53:57 | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5518206 | + | Email/PDF: bncnotices@becket-lee.com | | Amex, Correspondence/Bankruptcy, Po Box |
| | | | Mar 09 2023 18:53:50 | 981540, El Paso, TX 79998-1540 |
| 5518211 | | Email/Text: rmcollections@belco.org | | Belco Community Credit Union, Attn: Bankruptcy |
| | | | Mar 09 2023 18:43:00 | Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5518208 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | Bank of America, Attn: Bankruptcy, 4909 |
| | | | Mar 09 2023 18:43:00 | Savarese Circle, Tampa, FL 33634-2413 |
| 5525195 | + | Email/Text: alexis@multisourcellc.com | | Brickhouse OpCo I LLC, 4053 Maple Road Suite |
| | | | Mar 09 2023 18:43:00 | 122, Amherst, NY 14226-1058 |
| 5518213 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | Capital One, Attn: Bnakruptcy, P.O. Box 30285, |
| | | | Mar 09 2023 18:43:35 | Salt Lake City, UT 84130-0285 |
| 5518214 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | Capital One Auto Finance, Attn: Bankruptcy, 7933 |
| | | | Mar 09 2023 18:53:57 | Preston Rd, Plano, TX 75024-2302 |
| 5520782 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | Capital One N.A., by American InfoSource as |
| | | | Mar 09 2023 18:53:39 | agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5518215 | + | Email/Text: BKBCNMAIL@carringtonms.com | | Carrington Mortgage Services, Attn: Bankruptcy, |
| | | | Mar 09 2023 18:43:00 | Po Box 3730, Anaheim, CA 92803-3730 |
| 5518217 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po |
| | | | Mar 09 2023 18:44:00 | Box 182125, Columbus, OH 43218-2125 |
| 5518218 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Comenity Capital/Gem, Attn: Bankruptcy, Po Box |
| | | | Mar 09 2023 18:44:00 | 182125, Columbus, OH 43218-2125 |
| 5518219 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |
| | | | Mar 09 2023 18:44:00 | Po Box 182125, Columbus, OH 43218-2125 |
| 5518221 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Comenitycapital/gem, Attn: Bankruptcy Dept, Po |
| | | | Mar 09 2023 18:44:00 | Box 182125, Columbus, OH 43218-2125 |
| 5518222 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Mar 09 2023 18:43:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5518223 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 09 2023 18:44:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518225 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 09 2023 18:44:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518226 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 09 2023 18:44:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518227 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 09 2023 18:44:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518229 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2023 18:43:00 | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 5522869 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 18:43:21 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5521806 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 09 2023 18:43:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5518232 | Email/Text: ml-ebn@missionlane.com | Mar 09 2023 18:43:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5518231 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 09 2023 18:43:25 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5524684 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 18:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5518233 | + Email/PDF: cbp@onemainfinancial.com | Mar 09 2023 18:43:31 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5521907 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 18:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5518236 | Email/Text: bankruptcies@penncredit.com | Mar 09 2023 18:43:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5518240 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 18:43:21 | Resurgent, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5518241 | Email/Text: bankruptcy@springoakscapital.com | Mar 09 2023 18:43:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5518242 | + Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 18:43:33 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5518244 | + Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 18:43:25 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5518246 | + Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 18:43:25 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5518245 | + Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 18:43:20 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5518247 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 09 2023 18:43:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 5518253 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 09 2023 18:43:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 5518256 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 09 2023 18:53:56 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5518259 | + Email/Text: lconey@whiterosecu.com | Mar 09 2023 18:44:00 | White Rose Credit Unio, 1529 Rodney Road, York, PA 17408-9716 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5525851 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5518207 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5518212 | *P++ | BELCO COMMUNITY CREDIT UNION, ATTN ATTN COLLECTIONS DEPARTMENT, 449 EISENHOWER BLVD, HARRISBURG PA 17111-2301, address filed with court:, Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5518210 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5518209 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5518220 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5518224 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518228 | *+ | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518230 | *+ | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 5518234 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5518235 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5524212 | *+ | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5524380 | *+ | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5518237 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5518238 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5518243 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5518248 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 5518249 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 5518250 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 5518251 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 5518252 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 5518254 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 5518255 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 5518257 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5518258 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | |

on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC apattison@hillwallack.com

Chad J. Julius

on behalf of Debtor 1 Terrance Lamont White cjulius@ljacobsonlaw.com
egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Christopher A DeNardo

on behalf of Creditor ONYX Bay Trust logsecf@logs.com cistewart@logs.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Michael Patrick Farrington

on behalf of Creditor THE MONEY SOURCE INC mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terrance Lamont White,                    Chapter          13

**Debtor 1**

                                          Case No.         1:23−bk−00166−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 19, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 26, 2023 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 9, 2023 |

ntcnfhrg (08/21)