UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TERRANCE LAMONT WHITE : CHAPTER 13
     Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
     vs. :
 :
TERRANCE LAMONT WHITE :
     Respondent : CASE NO. 1-23-bk-00166

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 9th day of March, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

     1. Debtor's plan violates 11 U.S.C. § 1322(a)(2) in that the debtor has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507 – PA Department of Revenue.

     2. The debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9) – 2020 and 2022 federal.

     WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                  Respectfully submitted:

                  /s/Jack N. Zaharopoulos
                  Standing Chapter 13 Trustee
                  8125 Adams Drive, Suite A
                  Hummelstown, PA 17036
                  (717) 566-6097

## CERTIFICATE OF SERVICE

        AND NOW, this   17th   day of March, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Chad Julius, Esquire
8150 Derry Street, Suite A
Harrisburg, PA   17111

                                                  /s/Deborah A. DePalma
                                                  Office of Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee