IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terrance Lamont White<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>1:23-bk-00166-HWV |
| Select Portfolio Servicing, Inc. as servicer for<br>ONYX Bay Trust<br>    Movant.<br>v.<br><br>Terrance Lamont White<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## MOTION TO WITHDRAW

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Select Portfolio Servicing, Inc. as servicer for ONYX Bay Trust's Objection to Confirmation of Chapter 13 Plan filed with the Court on March 31, 2023, Docket No. 22.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terrance Lamont White<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>1:23-bk-00166-HWV |
| Select Portfolio Servicing, Inc. as servicer for<br>ONYX Bay Trust<br>    Movant.<br>v.<br><br>Terrance Lamont White<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

     I, <u>Lorraine Gazzara Doyle</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>7th</u> day of <u>April</u>, 2023:

Terrance Lamont White
307 Hollyhock Drive
Manchester, PA 17345

Chad J. Julius, Esquire, Jacobson & Julius
8150 Derry Street, Suite A
Harrisburg, PA 17111
cjulius@ljacobsonlaw.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

     I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com