United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00166-HWV |
| Terrance Lamont White | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 17, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5526840 | + Email/Text: BK@servicingdivision.com | Apr 17 2023 18:42:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC apattison@hillwallack.com |
| Brian Nicholas | on behalf of Creditor Allied First Bank SB dba Servbank bnicholas@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 1 Terrance Lamont White cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Christopher A DeNardo | on behalf of Creditor ONYX Bay Trust logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | | |
|---|---|---|
| Lorraine Gazzara Doyle | on behalf of Creditor ONYX Bay Trust | ldoyle@logs.com  LOGSECF@logs.com |
| Michael Patrick Farrington | on behalf of Creditor THE MONEY SOURCE INC | mfarrington@kmllawgroup.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-00166-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Terrance Lamont White
307 Hollyhock Drive
Manchester PA 17345

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/16/2023.

Name and Address of Alleged Transferor(s):

Claim No. 11: The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450

Name and Address of Transferee:

Allied First Bank, SB dba Servbank
3138 E Elwood St
Phoenix, Arizona 85034
Allied First Bank, SB dba Servbank
3138 E Elwood St
Phoenix, Arizona 85034

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/19/23

Terrence S. Miller
**CLERK OF THE COURT**