# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     TERRANCE LAMONT WHITE

         Debtor(s)                               CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                   CASE NO: 1-23-00166-HWV
         Movant
vs.
TERRANCE LAMONT WHITE

         Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 15, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on February 10, 2023.

2. A hearing was held and an Order was entered on April 26, 2023 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                Respectfully submitted,

                                                /s/   Douglas R. Roeder, Esquire
                                                Id:   80016
                                                Attorney for Movant
                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA   17036
                                                Phone:   717-566-6097
                                                email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TERRANCE LAMONT WHITE

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

TERRANCE LAMONT WHITE

    Respondent(s)

CHAPTER 13

CASE NO: 1-23-00166-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse<br>Bankruptcy Courtroom 8, 4th Floor<br>1501 North 6th Street<br>Harrisburg, PA 17102 | Date: July 12, 2023<br><br>Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: June 15, 2023

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    TERRANCE LAMONT WHITE

           Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
           Movant

vs.

TERRANCE LAMONT WHITE

           Respondent(s)

CHAPTER 13

CASE NO: 1-23-00166-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 15, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
CHAD J JULIUS ESQUIRE
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG, PA 17111-5212

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
TERRANCE LAMONT WHITE
307 HOLLYHOCK DRIVE
MANCHESTER, PA 17345

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 15, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TERRANCE LAMONT WHITE

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CHAPTER 13

Movant

TERRANCE LAMONT WHITE

CASE NO: 1-23-00166-HWV

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.