# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terrnace Lamont White <br>      Debtor <br><br> Allied First Bank, SB dba Servbank, its successors and/or assignees <br>      Movant <br>    vs. <br><br> Terrnace Lamont White <br>      Debtor <br><br> Jack N. Zaharopoulos <br>      Trustee | CHAPTER 13 <br><br> NO. 23-00166 HWV |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Allied First Bank, SB dba Servbank, which was filed with the Court on or about April 14, 2023.

Dated: June 27, 2023

                  Respectfully submitted,

                  /s/Denise Carlon
                  Denise Carlon, Esq.
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  Phone: (215) 627-1322
                  dcarlon@kmllawgroup.com