UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TERRANCE LAMONT WHITE | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| TERRANCE LAMONT WHITE | : | |
| Respondent | : | CASE NO. 1-23-bk-00166 |

TRUSTEE'S OBJECTION TO AMENDED HAPTER 13 PLAN

AND NOW, this 19th day of July, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. The Trustee avers that debtor's plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid – 100% plan. Trustee calculates a minimum of approximately $85,826.00 will be needed to fully fund the plan based on the currently filed claims.

2. The debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9) – 2020 and 2022 federal.

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:     /s/Douglas R. Roeder
        Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 19th day of July, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Chad Julius, Esquire
8150 Derry Street, Suite A
Harrisburg, PA 17111

               /s/Deborah A. DePalma
               Office of Jack N. Zaharopoulos
               Standing Chapter 13 Trustee