# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# (HARRISBURG)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Terrance Lamont White, | CASE NO.: 1:23-bk-00166-HWV |
| Debtor | |

**STIPULATION VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY**

It is hereby stipulated by and between Hill Wallack, LLP, counsel for secured creditor, Carrington Mortgage Services, LLC and Chad J. Julius, Esquire, counsel for the Debtor, as follows:

1. The Debtor's Chapter 13 Plan proposes to surrender the real property located at 834 W. Poplar Street, York. PA 17404 upon confirmation.

2. Carrington Mortgage Services, LLC holds a Note and Mortgage on said property dated November 27, 2002. The Mortgage was recorded on December 4, 2002 in York County, Pennsylvania as Instrument Number 20022097936 and assigned by Assignment recorded on September 17, 2018 in York County, Pennsylvania, as Instrument Number 2018040523.

3. The parties hereby stipulate by consent to the surrender of the subject property by entry of this Order and pursuant to the terms and conditions set forth herein.

4. The automatic stay of creditors pursuant to 11 U.S.C. § 362(a) and the co-debtor stay provisions of 11 U.S.C. § 1301(c) are hereby vacated to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 834 W. Poplar Street, York, PA 17404 (the "Mortgaged Premises"); to name the Debtor and Co-Debtor in the foreclosure suit solely for the purpose of foreclosing its interests in the Mortgaged Premises; to

allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

(5) The 14-day stay of the effectiveness of the relief granted in this Stipulation and Order as per Federal Bankruptcy Rule 4001(a)(3) is hereby waived such that the relief granted herein is effective immediately.

The parties agree that a facsimile signature shall be considered an original signature.

/s/ Angela C. Pattison
Angela C. Pattison, Esquire
**Counsel for Carrington Mortgage Services, LLC**

/s/ Chad J. Julius
Chad J. Julius, Esquire
**Counsel for Debtor**

/s/ Douglas R. Roeder, Staff Attorney
For Jack N. Zaharopoulos
**Chapter 13 Trustee**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| **IN RE:** <br><br> Terrance Lamont White, <br><br> Debtor | CHAPTER 13 <br><br> CASE NO.: 1:23-bk-00166-HWV |

**ORDER APPROVING STIPULATION VACATING THE AUTOMATIC STAY
AND CO-DEBTOR STAY**

It is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

                                              **BY THE COURT:**

                                              _____
                                              Henry W. Van Eck,
                                              Chief US Bankruptcy Judge
                                              Dated: