UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE:<br><br>Terrance Lamont White,<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 1:23-bk-00166-HWV |

**PRAECIPE TO WITHDRAW STIPULATION VACATING**
**THE AUTOMATIC STAY AND CO-DEBTOR STAY**

A Stipulation Vacating the Automatic Stay and Co-Debtor Stay (Doc. 41) was filed in this action on September 27, 2023 by Carrington Mortgage Services, LLC, by and through its counsel, Hill Wallack LLP.

**PLEASE TAKE NOTICE** that the Carrington Mortgage Services, LLC hereby withdraws the Stipulation Vacating the Automatic Stay and Co-Debtor Stay, with the consent of debtor's counsel.

                                          **HILL WALLACK LLP**

                                          By: */s/ Angela C. Pattison, Esq.*
                                          Angela C. Pattison, Esq.,
                                          Attorney ID 307611
                                          Hill Wallack, LLP
                                          1415 Route 70 East, Suite 309
                                          Cherry Hill, NJ 08034
                                          Telephone 856-616-8086
                                          Facsimile 856-616-8081
                                          Email: apattison@hillwallack.com

Dated:  October 6, 2023

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (HARRISBURG)

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| Terrance Lamont White, | CASE NO.: 1:23-bk-00166-HWV |
| Debtor | |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Praecipe to Withdraw, on the parties below via First-Class Mail and Electronic Notification on **October 6, 2023**.

Terrance Lamont White
307 Hollyhock Drive
Manchester, PA 17345
**Debtor**
**VIA REGULAR MAIL**

Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Chapter 13 Trustee**
**VIA ECF**

Chad J. Julius
Jacobson & Julius
8150 Derry Street, Suite A
Harrisburg, PA 17111
**Counsel to Debtor**
**VIA ECF**

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
**U.S. Trustee**
**VIA ECF**

    **Respectfully submitted,**

    By: /s/ Angela C. Pattison
    Angela C. Pattison, Esq.,
    Attorney ID 307611
    Hill Wallack, LLP
    1415 Route 70 East, Suite 309
    Cherry Hill, NJ 08034
    Telephone 856-616-8086
    Email: apattison@hillwallack.com