In re:  Case No. 23-00166-HWV

Terrance Lamont White  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4

Date Rcvd: May 21, 2024      Form ID: pdf010      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrance Lamont White, 307 Hollyhock Drive, Manchester, PA 17345-9116 |
| cr | + | CARRINGTON MORTGAGE SERVICES LLC, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| cr | | ONYX Bay Trust, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5525195 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 5518216 | + | Cby Systems Inc, 33 S Duke St, York, PA 17401-1401 |
| 5532759 | + | LCS Capital, LLC, C/O LCS Financial Services Corporation, 6782 S Potomac St # 100, Centennial, CO 80112-8000 |
| 5518239 | | Penn Credit Corporation, 2800 Commerce Drive, Manchester, PA 17345 |
| 5518260 | + | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | May 21 2024 18:34:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | May 21 2024 18:34:00 | Servbank, SB, 14841 Dallas Parkway Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: BK@servicingdivision.com | May 21 2024 18:34:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | May 21 2024 18:34:00 | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5534496 | + | Email/Text: BK@servicingdivision.com | May 21 2024 18:34:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5534495 | + | Email/Text: BK@servicingdivision.com | May 21 2024 18:34:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5525850 | | Email/PDF: bncnotices@becket-lee.com | May 21 2024 18:41:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5518206 | + | Email/PDF: bncnotices@becket-lee.com | May 21 2024 18:41:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5518211 | | Email/Text: rmcollections@belco.org | May 21 2024 18:34:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5518208 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 21 2024 18:34:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5518215 | | Email/Text: BKBCNMAIL@carringtonms.com | May 21 2024 18:34:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 5530533 | | Email/Text: BKBCNMAIL@carringtonms.com | May 21 2024 18:34:00 | Carrington Mortgage Services, LLC, 1600 Douglass Road, Anaheim, CA 92806 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5518213 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>May 21 2024 18:41:26 | | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5518214 | + | Email/PDF: acg.coaf.ebn@aisinfo.com<br>May 21 2024 18:41:38 | | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5520782 | | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>May 21 2024 18:41:26 | | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5518217 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>May 21 2024 18:34:00 | | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5518218 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>May 21 2024 18:34:00 | | Comenity Capital/Gem, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5518219 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>May 21 2024 18:34:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5518221 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>May 21 2024 18:34:00 | | Comenitycapital/gem, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5518222 | + | Email/PDF: creditonebknotifications@resurgent.com<br>May 21 2024 18:41:26 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5518223 | + | Email/Text: GenesisFS@ebn.phinsolutions.com<br>May 21 2024 18:34:00 | | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518225 | + | Email/Text: GenesisFS@ebn.phinsolutions.com<br>May 21 2024 18:34:00 | | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518226 | + | Email/Text: GenesisFS@ebn.phinsolutions.com<br>May 21 2024 18:34:00 | | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518227 | + | Email/Text: GenesisFS@ebn.phinsolutions.com<br>May 21 2024 18:34:00 | | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518229 | + | Email/Text: sbse.cio.bnc.mail@irs.gov<br>May 21 2024 18:34:00 | | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 5532759 | + | Email/Text: noticingcenter@lcsfin.com<br>May 21 2024 18:34:00 | | LCS Capital, LLC, C/O LCS Financial Services Corporation, 6782 S Potomac St # 100, Centennial, CO 80112-8000 |
| 5522869 | | Email/PDF: resurgentbknotifications@resurgent.com<br>May 21 2024 18:41:34 | | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5521806 | | Email/PDF: MerrickBKNotifications@Resurgent.com<br>May 21 2024 18:41:34 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5518232 | | Email/Text: ml-ebn@missionlane.com<br>May 21 2024 18:34:00 | | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5518231 | + | Email/PDF: MerrickBKNotifications@Resurgent.com<br>May 21 2024 18:41:26 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5524684 | + | Email/Text: bankruptcydpt@mcmcg.com<br>May 21 2024 18:34:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5532855 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>May 21 2024 18:34:00 | | ONYX Bay Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5518233 | + | Email/PDF: cbp@omf.com<br>May 21 2024 18:41:26 | | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5521907 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us<br>May 21 2024 18:34:00 | | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5518236 | | Email/Text: bankruptcies@penncredit.com<br>May 21 2024 18:34:00 | | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5518240 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>May 21 2024 18:41:27 | | Resurgent, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5518241 | | Email/Text: bankruptcy@springoakscapital.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 21 2024 18:34:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5596993 | + | Email/Text: BK@servicingdivision.com | May 21 2024 18:34:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5596994 | + | Email/Text: BK@servicingdivision.com | May 21 2024 18:34:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5530568 | | Email/Text: bankruptcy@springoakscapital.com | May 21 2024 18:34:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 5518242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 18:41:33 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5518244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 18:41:42 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5518246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 18:41:26 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5518245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 18:41:41 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5526840 | + | Email/Text: BK@servicingdivision.com | May 21 2024 18:34:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5518253 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 21 2024 18:34:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 5518247 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 21 2024 18:34:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5518256 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 21 2024 18:41:33 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5518259 | + | Email/Text: lconey@whiterosecu.com | May 21 2024 18:34:00 | White Rose Credit Unio, 1529 Rodney Road, York, PA 17408-9716 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5525851 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5518207 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5518212 | *P++ | BELCO COMMUNITY CREDIT UNION, ATTN ATTN COLLECTIONS DEPARTMENT, 449 EISENHOWER BLVD, HARRISBURG PA 17111-2301, address filed with court:, Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5518209 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5518210 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5518220 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5518224 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518228 | *+ | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5518230 | *+ | Internal Revenue Service, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 5518234 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5518235 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5524212 | *+ | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5524380 | *+ | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5518237 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5518238 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 5518243 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5518254 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 5518255 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 5518248 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |

| | | |
|---|---|---|
| 5518249 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5518250 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5518251 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5518252 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5518257 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5518258 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC apattison@hillwallack.com |
| Chad J. Julius | on behalf of Debtor 1 Terrance Lamont White cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Christopher A DeNardo | on behalf of Creditor ONYX Bay Trust logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor THE MONEY SOURCE INC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Allied First Bank SB dba Servbank kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor Allied First Bank SB dba Servbank mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor THE MONEY SOURCE INC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRANCE LAMONT WHITE | : | |
| Debtor | : | Bankruptcy No. 1:23-bk-00166-HWV |

### ORDER

Upon consideration of the Debtor's Motion for Voluntary Dismissal of Chapter 13 Bankruptcy Case, Doc. 60, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

/s/ Henry W. Van Eck
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 21, 2024